IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-378-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| JAMES THOMAS WADE, | **ORDER** |
| Defendant. | |

This matter is before the court on defendant's motion regarding the amount of his payment on his monetary penalties while incarcerated.

During incarceration, repayment of fines is governed by the BOP's Inmate Financial Responsibility Program (IFRP). The court has reviewed the judgment which orders the defendant to pay a minimum of $25 per quarter while incarcerated. Finding the motion to be without merit, the motion [DE #132] is denied.

This 15th day of September 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

1